Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 8522 77



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

| | |
|---|---|
| ControlNumber: | 354389 |
| Defendant: | Res-Care, Inc. |
| County: | 0 |
| | 3/15/2013 |
| Civil Action: | 3:13-cv-5211 |

Teresa L. Deppner, Clerk
Sidney L. Christie Federal Bldg.
845 Fifth Avenue, Room 101
Huntington WV 25701

MAR 2 0 2013

I am enclosing:

| | | |
|---|---|---|
| \_\_\_\_ summons | \_\_\_\_ affidavit | _1_ summons and complaint |
| \_\_\_\_ notice | \_\_\_\_ answer | \_\_\_\_ summons and verified complaint |
| \_\_\_\_ order | \_\_\_\_ cross-claim | \_\_\_\_ summons and amended complaint |
| \_\_\_\_ petition | \_\_\_\_ counterclaim | \_\_\_\_ 3rd party summons and complaint |
| \_\_\_\_ motion | \_\_\_\_ request | \_\_\_\_ notice of materialmans lien |
| \_\_\_\_ suggestions | \_\_\_\_ notice to redeem | \_\_\_\_ notice of mechanic's lien |
| \_\_\_\_ interrogatories | \_\_\_\_ request for production | \_\_\_\_ re-issue summons and complaint |
| \_\_\_\_ discovery | \_\_\_\_ request for admissions | \_\_\_\_ subpoena duces tecum |
| \_\_\_\_ suggestee execution | \_\_\_\_ notice of uim claim | \_\_\_\_ Other |
| \_\_\_\_ subpoena | \_\_\_\_ writ | |
| \_\_\_\_ stipulation | \_\_\_\_ writ of mandamus | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| JASON SMITH, on Behalf of Himself and All Others Similarly Situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> RES-CARE, INC., a Kentucky Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:13-cv-5211 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Res-Care, Inc.
c/o C.T. Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John W. Barrett
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____03/15/2013_____           s/Teresa L. Deppner
                                              *Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-5211

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: