USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

JASON SMITH, on behalf of himself and all others similarly situated

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

Res-Care, Inc.

CIVIL ACTION NUMBER 3:13-cv-5211

---

Matthew A. Dooley, Stumphauzer | O'Toole

0081482

*Name of Visiting Attorney and firm name* — *Bar ID number*

Jason Smith

*Name of party represented*

Ohio Supreme Court
65 South Front Street
Columbus, Ohio 43215

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

5455 Detroit Road
Sheffield Village, Ohio 44054

*Visiting Attorney's office address*

440.930.4001 — 44.934.7208 — mdooley@sheffieldlaw.com

*Visiting Attorney's office telephone number* — *Office fax number* — *Email address*

John W. Barrett, Bailey & Glasser, LLP

WV  7289

*Name of Sponsoring Attorney and firm name* — *WV Bar ID number*

209 Capitol Street
Charleston, West Virginia 25301

*Sponsoring Attorney's office address*

304.345.6555 — 304.342.1110 — jbarrett@baileyglasser.com

*Sponsoring Attorney's office telephone number* — *Office fax number* — *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

___3/19/2013___  
Date

___[signature]___  
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

___3/25/13___  
Date

___John W. Barrett___  
Signature of Sponsoring Attorney

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**