# Exhibit "B"

CLOSED

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:11-cv-02548-STA-cgc

Sanchez v. Verified Person, Inc.

Assigned to: Judge S. Thomas Anderson

Referred to: Magistrate Judge Charmiane G. Claxton

Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 06/30/2011

Date Terminated: 09/06/2012

Jury Demand: Both

Nature of Suit: 480 Consumer Credit

Jurisdiction: Federal Question

**Plaintiff**

**Jesus R. Sanchez**
                                    represented by    **Leonard Anthony Bennett**
                                                      CONSUMER LITIGATION
                                                      ASSOCIATES, PC
                                                      763 J. Clyde Morris Blvd.
                                                      Suite 1-A
                                                      Newport News, VA 23601
                                                      757-930-3660
                                                      Email: lenbennett@clalegal.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew Anderson Dooley**
                                                      STUMPHAUZER O'TOOLE
                                                      MCLAUGHLIN MCGLAMERY &
                                                      LOUGHMAN CO,
                                                      5455 Detroit Road
                                                      Sheffield Village, OH 44054
                                                      440-930-4001
                                                      Fax: 440-934-7208
                                                      Email: mdooley@sheffieldlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anthony Rocco Pecora**
                                                      STUMPHAUZER O'TOOLE
                                                      MCLAUGHLIN MCGLAMERY &
                                                      LOUGHMAN CO,
                                                      5455 Detroit Road
                                                      Sheffield Village, OH 44054
                                                      440-930-4001
                                                      Fax: 440-934-7208
                                                      Email: apecora@sheffieldlaw.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Dennis Michael O'Toole**
                                                      STUMPHAUZER O'TOOLE

MCLAUGHLIN MCGLAMERY &
LOUGHMAN CO,
5455 Detroit Road
Sheffield Village, OH 44054
440-930-4001
Fax: 440-934-7208
Email: dotoole@sheffieldlaw.com
*ATTORNEY TO BE NOTICED*

**Michael T. Schmitt**
ORTALE KELLEY HERBERT &
CRAWFORD
200 Fourth Avenue, North - Third Floor

Nashville, TN 37219
615-256-9999
Fax: 615-726-1494
Email: mschmitt@ortalekelley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verified Person, Inc.**                represented by   **Andrew Michael Schwartz**
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 191033-4797
215-575-2765
Fax: 215-575-0856
Email: amschwartz@mdwcg.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric A. Packel**
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 191033-4797
215-575-4554
Fax: 215-575-0856
Email: eapackel@mdwcg.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Dale Bay**
LEWIS KING KRIEG & WALDROP,
PC

424 Church Street
Suite 2500
Nashville, TN 37219
615-259-1366
Fax: 615-259-1389
Email: dbay@lewisking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Kobus , III**
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 191033-4797
215-575-2713
Fax: 215-575-0856
Email: tjkobus@mdwcg.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Michael Bergeron**
LEWIS KING KRIEG & WALDROP,
PC- Nashville
424 Church Street
Suite 2500
Nashville, TN 37219
615-259-1366
Fax: 615-259-1389
Email: jbergeron@fbtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**E-Backgroundchecks.com. Inc.**          represented by     **Angie C. Davis**
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103
901-526-2000
Email: angiedavis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy D. Hanson**
KILPATRICK TOWNSEND
STOCKTON, LLP - Atlanta
1100 Peachtree St.
Suite. 2800

Atlanta, GA 30309-4530
404-815-6470
Fax: 404-541-3233
Email:
chanson@kilpatricktownsend.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Jett**
KILPATRICK TOWNSEND
STOCKTON, LLP - Atlanta
1100 Peachtree St.
Suite. 2800
Atlanta, GA 30309-4530
404-815-6500
Fax: 404-815-6555
Email: jjett@kilpatricktownsend.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Murphy Bogard**
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103
901-577-8119
Fax: 901-577-4257
Email: kbogard@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2011 | 1 | COMPLAINT against Jesus R. Sanchez(against Verified Person Inc) (Filing fee $ 350 receipt number 0651-1298744), filed by Jesus R. Sanchez. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Schmitt, Michael) Modified on 6/30/2011 (jml).Complaint is filed against Verified Person Inc. not Jesus Sanchez as it reflects in this entry. (Entered: 06/30/2011) |
| 06/30/2011 | 2 | Judge S. Thomas Anderson and Magistrate Judge Charmiane G. Claxton added. (jld) (Entered: 06/30/2011) |
| 07/22/2011 | 3 | NOTICE of Appearance by Jason Michael Bergeron on behalf of Verified Person, Inc. (Bergeron, Jason) (Entered: 07/22/2011) |
| 07/22/2011 | 4 | NOTICE of Appearance by R. Dale Bay on behalf of Verified Person, Inc. (Bay, R.) (Entered: 07/22/2011) |
| 07/22/2011 | 5 | WAIVER OF SERVICE Returned Executed by Verified Person, Inc.. Verified |

| | | |
|---|---|---|
| | | Person, Inc. waiver sent on 6/30/2011, answer due 8/29/2011. (Bergeron, Jason) (Entered: 07/22/2011) |
| 07/27/2011 | 6 | NOTICE of Appearance by Matthew Anderson Dooley on behalf of All Plaintiffs (Dooley, Matthew) (Entered: 07/27/2011) |
| 07/27/2011 | 7 | NOTICE of Appearance by Anthony Rocco Pecora on behalf of All Plaintiffs (Pecora, Anthony) (Entered: 07/27/2011) |
| 07/27/2011 | 8 | NOTICE of Appearance by Dennis Michael O'Toole on behalf of All Plaintiffs (O'Toole, Dennis) (Entered: 07/27/2011) |
| 08/15/2011 | 9 | MOTION for Extension of Time to File Answer re 1 Complaint, *(Unopposed Motion; proposed order submitted)* by Verified Person, Inc.. (Attachments: # 1 Certificate of Consultation August 15, 2011 telephone conference between Mr. Jason Bergeron and Mr. Mickey Schmitt)(Bergeron, Jason) (Entered: 08/15/2011) |
| 08/15/2011 | 10 | ORDER granting 9 Motion for Extension of Time to Answer. Signed by Judge S. Thomas Anderson on 8/15/11. (Anderson, S.) (Entered: 08/15/2011) |
| 08/23/2011 | 11 | MOTION for Leave to Appear Pro Hac Vice for THEODORE J. KOBUS, III by Verified Person, Inc.. receipt #M4676003739 (proposed order submitted) (Attachments: # 1 Affidavit, # 2 certificate of good standing - PA, # 3 certificate of good standing - COA)(agj) (Entered: 08/29/2011) |
| 08/23/2011 | 12 | MOTION for Leave to Appear Pro Hac Vice for ERIC A. PACKEL by Verified Person, Inc.. receipt #M4676003739 (proposed order submitted) (Attachments: # 1 Affidavit, # 2 certificate of good standing - PA, # 3 certificate of good standing - COA)(agj) (Entered: 08/29/2011) |
| 08/29/2011 | 13 | ORDER granting 12 Motion of Eric A, Packel for Leave to Appear Pro Hac Vice. Signed by Judge S. Thomas Anderson on 8/29/11. (Anderson, S.) (Entered: 08/29/2011) |
| 08/29/2011 | 14 | ORDER granting 11 Motion of Theodore J. Kobus III for Leave to Appear Pro Hac Vice. Signed by Judge S. Thomas Anderson on 8/29/11. (Anderson, S.) (Entered: 08/29/2011) |
| 09/15/2011 | 15 | NOTICE OF SETTING: A Scheduling Conference set for WEDNESDAY, 10/12/2011 at 10:15 AM in RM 357 - Third Floor, Federal Bldg - Memphis before Magistrate Judge Charmiane G. Claxton. (bvh) (Entered: 09/15/2011) |
| 09/19/2011 | 16 | ANSWER to 1 Complaint, with Jury Demand *(Answer with Affirmative Defenses)* by Verified Person, Inc..(Bay, R.) (Entered: 09/19/2011) |
| 10/10/2011 | 17 | REPORT of Rule 26(f) Planning Meeting. (Packel, Eric) (Entered: 10/10/2011) |
| 10/11/2011 | 18 | SCHEDULING ORDER. Entry of this order CANCELS the scheduling conference set for WEDNESDAY, 10/12/2011 at 10:15 AM. Signed by Magistrate Judge Charmiane G. Claxton on 10/11/2011. (Claxton, Charmiane) (Entered: 10/11/2011) |
| 01/12/2012 | 19 | MOTION for Leave to File *First Amended Complaint. Proposed Order Submitted* by Jesus R. Sanchez. (Attachments: # 1 Assumed Name Certificate, |

| | | |
|---|---|---|
| | | # 2 Proposed First Amended Class Action Complaint)(Dooley, Matthew) (Entered: 01/12/2012) |
| 01/18/2012 | 20 | MOTION to Strike *Defendant's Offer of Judgment, Proposed Order Submitted* by Jesus R. Sanchez. (Attachments: # 1 Exhibit Offer of Judgment)(Dooley, Matthew) (Entered: 01/18/2012) |
| 01/24/2012 | 21 | RESPONSE to Motion re 19 MOTION for Leave to File *First Amended Complaint. Proposed Order Submitted Notice of Non-Opposition* filed by Verified Person, Inc.. (Packel, Eric) (Entered: 01/24/2012) |
| 02/01/2012 | 22 | RESPONSE in Opposition re 20 MOTION to Strike *Defendant's Offer of Judgment, Proposed Order Submitted* filed by Verified Person, Inc.. (Packel, Eric) (Entered: 02/01/2012) |
| 02/02/2012 | 23 | ORDER granting 19 Motion for Leave to File. Signed by Judge S. Thomas Anderson on 2/2/12. (Anderson, S.) (Entered: 02/02/2012) |
| 02/02/2012 | 24 | AMENDED COMPLAINT *CLASS ACTION* against Verified Person, Inc., E-Backgroundchecks.com. Inc., filed by Jesus R. Sanchez.(Dooley, Matthew) (Entered: 02/02/2012) |
| 02/15/2012 | 25 | MOTION for Leave to Appear Pro Hac Vice *proposed order submitted* by Verified Person, Inc.. (Attachments: # 1 Affidavit Affidavit of Andrew M. Schwartz)(Bay, R.) Modified on 2/17/2012 receipt #M4676006212 (proposed order submitted)(agj). (Entered: 02/15/2012) |
| 02/16/2012 | 26 | ANSWER to 24 Amended Complaint *with Affirmative Defenses* by Verified Person, Inc..(Packel, Eric) (Entered: 02/16/2012) |
| 02/23/2012 | 27 | ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. Signed by Judge S. Thomas Anderson on 2/23/12. (Anderson, S.) (Entered: 02/23/2012) |
| 02/23/2012 | 28 | STIPULATION *Proposed Protective Order* by Verified Person, Inc.. (Packel, Eric) (Entered: 02/23/2012) |
| 02/29/2012 | 29 | WAIVER OF SERVICE Returned Executed by Jesus R. Sanchez. E-Backgroundchecks.com. Inc. waiver sent on 2/3/2012, answer due 4/3/2012. (Dooley, Matthew) (Entered: 02/29/2012) |
| 02/29/2012 | 30 | Order Granting Stipulated Protective Order. Signed by Judge S. Thomas Anderson on 2/29/12. (Anderson, S.) (Entered: 02/29/2012) |
| 03/06/2012 | 31 | NOTICE of Appearance by Angie C. Davis on behalf of E-Backgroundchecks.com. Inc. (Davis, Angie) (Entered: 03/06/2012) |
| 03/06/2012 | 32 | NOTICE of Appearance by Katherine Murphy Bogard on behalf of E-Backgroundchecks.com. Inc. (Bogard, Katherine) (Entered: 03/06/2012) |
| 03/06/2012 | 34 | MOTION for Leave to Appear Pro Hac Vice for CINDY D. HANSON by E-Backgroundchecks.com. Inc.. receipt #M4676006481 (proposed order submitted) (Attachments: # 1 Affidavit, # 2 certificate of good standing)(agj) (Entered: 03/07/2012) |
| 03/07/2012 | 33 | MOTION for Leave to Appear Pro Hac Vice for JOHN P. JETT by E- |

| | | |
|---|---|---|
| | | Backgroundchecks.com. Inc.. receipt #M4676006481 (proposed order submitted) (Attachments: # 1 Affidavit, # 2 certificate of good standing)(agj) (Entered: 03/07/2012) |
| 03/07/2012 | 35 | ORDER granting 33 Motion of John P. Jett for Leave to Appear Pro Hac Vice. Signed by Judge S. Thomas Anderson on 3/7/12. (Anderson, S.) (Entered: 03/07/2012) |
| 03/07/2012 | 36 | ORDER granting 34 Motion of Cindy D. Hanson for Leave to Appear Pro Hac Vice. Signed by Judge S. Thomas Anderson on 3/7/12. (Anderson, S.) (Entered: 03/07/2012) |
| 03/12/2012 | 37 | Joint MOTION to Extend Deadline *proposed order submitted* by E-Backgroundchecks. Inc., Jesus R. Sanchez, Verified Person, Inc.. (Attachments: # 1 Proposed Order)(Dooley, Matthew) (Entered: 03/12/2012) |
| 03/12/2012 | 38 | ORDER granting 37 Motion to Extend Deadline. Signed by Judge S. Thomas Anderson on 3/12/12. (Anderson, S.) (Entered: 03/12/2012) |
| 03/19/2012 | 39 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 38 Order on Motion to Extend Deadline has been filed. For future reference, please note that all Proposed Order to go directly to Judges ecf mailbox... Filer is not required to resubmit document. (ac) (Entered: 03/19/2012) |
| 03/29/2012 | 40 | MOTION for Extension of Time to File Answer re 24 Amended Complaint *and Certificate of Consultation (proposed order submitted)* by E-Backgroundchecks. Inc.. (Davis, Angie) (Entered: 03/29/2012) |
| 03/30/2012 | 41 | ORDER granting 40 Motion for Extension of Time to Answer E-Backgroundchecks. Inc. answer due 4/10/2012.. Signed by Judge S. Thomas Anderson on 3/30/12. (Anderson, S.) (Entered: 03/30/2012) |
| 04/09/2012 | 42 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted* by E-Backgroundchecks.com. Inc.. (Attachments: # 1 Memorandum of Law in Support)(Davis, Angie) (Entered: 04/09/2012) |
| 04/09/2012 | 43 | MOTION to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) by E-Backgroundchecks.com. Inc.. (Attachments: # 1 Memorandum of Law in Support Thereof)(Davis, Angie) (Entered: 04/09/2012) |
| 04/10/2012 | 44 | Corporate Disclosure Statement by E-Backgroundchecks.com. Inc.. (Davis, Angie) (Entered: 04/10/2012) |
| 04/23/2012 | 45 | Joint MOTION for Extension of Time to File Response/Reply as to 43 MOTION to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) *(Proposed Order Submitted)* by Jesus R. Sanchez. (Dooley, Matthew) (Entered: 04/23/2012) |
| 04/23/2012 | 46 | ORDER granting 45 Motion for Extension of Time to File Response/Reply. Signed by Judge S. Thomas Anderson on 4/23/12. (Anderson, S.) (Entered: 04/23/2012) |
| 05/04/2012 | 47 | Joint MOTION for Extension of Time to File Response/Reply as to 42 |

| | | |
|---|---|---|
| | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted proposed order submitted* by Jesus R. Sanchez. (Dooley, Matthew) (Entered: 05/04/2012) |
| 05/04/2012 | 48 | ORDER granting 47 Motion for Extension of Time to File Response/Reply. Signed by Judge S. Thomas Anderson on 5/4/12. (Anderson, S.) (Entered: 05/04/2012) |
| 05/04/2012 | 49 | RESPONSE in Opposition re 43 MOTION to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) filed by Jesus R. Sanchez. (Dooley, Matthew) (Entered: 05/04/2012) |
| 05/10/2012 | 50 | MOTION for Leave to File *Reply Brief in Excess of Five Pages in Support of Its Motion to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) [UNOPPOSED BY PLAINTIFF] and Certificate of Consultation (proposed order submitted)* by E-Backgroundchecks.com. Inc.. (Davis, Angie) (Entered: 05/10/2012) |
| 05/10/2012 | 51 | MOTION to Substitute Protective Order [UNOPPOSED BY ALL PARTIES] and Certificate of Consultation (proposed Stipulated Protective Order submitted) re 30 Order *Granting Stipulated Protective Order* by E-Backgroundchecks.com. Inc.. (Davis, Angie) (Entered: 05/10/2012) |
| 05/10/2012 | 52 | ORDER granting 51 Motion. Signed by Judge S. Thomas Anderson on 5/10/12. (Anderson, S.) (Entered: 05/10/2012) |
| 05/10/2012 | 53 | ORDER granting 50 Motion for Leave to File. Signed by Judge S. Thomas Anderson on 5/10/12. (Anderson, S.) (Entered: 05/10/2012) |
| 05/14/2012 | 54 | RESPONSE to Motion re 42 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted* filed by Jesus R. Sanchez. (Dooley, Matthew) (Entered: 05/14/2012) |
| 05/21/2012 | 55 | ORDER denying 20 Motion to Strike. Signed by Judge S. Thomas Anderson on 5/21/12. (Anderson, S.) (Entered: 05/21/2012) |
| 05/23/2012 | 56 | MOTION for Extension of Time to File Response/Reply as to 54 Response to Motion *UNOPPOSED BY PLAINTIFF (proposed order submitted) and Certificate of Consultation* by E-Backgroundchecks.com. Inc. (Davis, Angie) (Entered: 05/23/2012) |
| 05/23/2012 | 57 | ORDER granting 56 Motion for Extension of Time to File Response/Reply. Signed by Judge S. Thomas Anderson on 5/23/12. (Anderson, S.) (Entered: 05/23/2012) |
| 05/24/2012 | 58 | REPLY to Response to Motion re 49 Response in Opposition to Motion *to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D)* filed by E-Backgroundchecks.com. Inc.. (Davis, Angie) (Entered: 05/24/2012) |
| 06/04/2012 | 59 | NOTICE of Appearance by Leonard Anthony Bennett on behalf of Jesus R. Sanchez (Bennett, Leonard) (Entered: 06/04/2012) |
| 06/05/2012 | 60 | MOTION for Extension of Time to File Response/Reply *Brief in Support of Its Motion to Dismiss, proposed order submitted,* by E-Backgroundchecks.com. |

|  |  | Inc.. (Bogard, Katherine) (Entered: 06/05/2012) |
|---|---|---|
| 06/05/2012 | 61 | ORDER granting 60 Motion for Extension of Time to File Response/Reply. Signed by Judge S. Thomas Anderson on 6/5/12. (Anderson, S.) (Entered: 06/05/2012) |
| 06/18/2012 | 62 | MOTION for Reconsideration re 55 Order on Motion to Strike *and for setting of a Status Conference* by Jesus R. Sanchez. (Bennett, Leonard) (Entered: 06/18/2012) |
| 06/19/2012 | 63 | MOTION for Extension of Time to File Response/Reply as to 62 MOTION for Reconsideration re 55 Order on Motion to Strike *and for setting of a Status Conference , Unopposed, proposed order submitted* by Verified Person, Inc.. (Packel, Eric) (Entered: 06/19/2012) |
| 06/19/2012 | 64 | Third MOTION for Extension of Time to File Response/Reply as to 54 Response to Motion *to Dismiss (Unopposed by Plaintiff) including Certificate of Consultation (proposed order submitted)* by E-Backgroundchecks.com. Inc.. (Davis, Angie) (Entered: 06/19/2012) |
| 07/03/2012 | 65 | ORDER granting 63 Motion for Extension of Time to File Response/Reply ; granting 64 Motion for Extension of Time to File Response/Reply. Signed by Judge S. Thomas Anderson on 7/3/12. (Anderson, S.) (Entered: 07/03/2012) |
| 07/13/2012 | 66 | SETTING LETTER: Status Conference set for 8/2/2012 03:00 PM in Courtroom 4 - Memphis before Judge S. Thomas Anderson. (tlh) (Entered: 07/13/2012) |
| 08/02/2012 | 68 | Minute Entry for proceedings held before Judge S. Thomas Anderson: Status Conference held on 8/2/2012, Court will vacate 55 Order on Motion to Strike; Parties are attempting to settle case; Parties to report to the Court 14 days after entry of order. (Plf Attys: L. Bennett, D. O'Toole; Dft Attys: A. Schwartz, J. Jett, K. Bogard) (Court Reporter Mark Dodson.)(3:14-3:20) (tlh) (Entered: 08/10/2012) |
| 08/07/2012 | 67 | Order Vacating the Court's Order Denying Plaintiff's Motion to Strike and Directing the Parties to File a Status Report. Signed by Judge S. Thomas Anderson on 8/7/12. (Anderson, S.) (Entered: 08/07/2012) |
| 08/20/2012 | 69 | STATUS REPORT by E-Backgroundchecks.com. Inc., Jesus R. Sanchez, Verified Person, Inc.. (Dooley, Matthew) (Entered: 08/20/2012) |
| 08/20/2012 | 70 | Order Denying All Pending Motions as Moot Due to Settlement. Signed by Judge S. Thomas Anderson on 8/20/12. (Anderson, S.) (Entered: 08/20/2012) |
| 09/05/2012 | 71 | STIPULATION of Dismissal by E-Backgroundchecks.com. Inc., Jesus R. Sanchez, Verified Person, Inc.. (Dooley, Matthew) (Entered: 09/05/2012) |
| 09/06/2012 | 72 | JUDGMENT IN A CIVIL CASE. Signed by Judge S. Thomas Anderson on 9/6/2012. (Anderson, S.) (Entered: 09/06/2012) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 06/27/2013 16:51:30 | | | |
| **PACER Login:** | fh0039 | **Client Code:** | 9999-000100 cwf |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-02548-STA-cgc |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |