UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JASON SMITH, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

RES-CARE, INC.,

Defendant.

Case No. 3:13-cv-5211 (Chambers)
Electronically filed: 3/15/2013

Jury Demand

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day electronically filed a **DEFENDANT RES-CARE, INC.'s RULE 26(a) DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Anthony R. Pecora
Dennis M. O'Toole
Matthew A. Dooley
STUMPHAUZER O'TOOLE MCLAUGHLIN
MCGLAMERY & LOUGHMAN CO.
5455 Detroit Rd.
Sheffield Village, OH  44054
apecora@sheffieldlaw.com
dotoole@sheffieldlaw.com
mdooley@sheffieldlaw.com
*Counsel for Plaintiff*

John W. Barrett
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
*Counsel for Plaintiff*

10775058v.1

This 23rd day of July, 2013.

> **HAWKINS, PARNELL**
> **THACKSTON & YOUNG LLP**
>
> */s/ Brenton S. Bean*
>
> Brenton S. Bean
> Admitted pro hac vice
>
> 4000 SunTrust Plaza
> 303 Peachtree Street, NE
> Atlanta, Georgia 30308
> Telephone:     (404) 614-7400
> Facsimile:     (404) 614-7500
>
> *ATTORNEY FOR DEFENDANT*

10775058v.1