UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| JASON SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RES-CARE, INC.,<br><br>Defendant. | Case No. 3:13-cv-5211 (Chambers)<br>Electronically filed: 3/15/2013<br><br>Jury Demand |

## CERTIFICATE OF SERVING DISCOVERY

COMES NOW Defendant, Res-Care, Inc., by and through its undersigned counsel, and pursuant to LR Civ P 26.3 (a), certifies that it has this day served the following upon counsel for Plaintiffs via U.S. Mail, with proper postage prepaid:

1. Defendant Res-Care, Inc.'s First Interrogatories to Plaintiff Jason Smith;

2. Defendant Res-Care, Inc.'s First Request for Production of Documents to Plaintiff Jason Smith; and

3. Defendant Res-Care, Inc.'s First Request for Admissions to Plaintiff Jason Smith.

Dated: September 25, 2013

HAWKINS PARNELL
    THACKSTON & YOUNG LLP

*/s/ Brenton S. Bean*

Ronald G. Polly, Jr. (pro hac vice)
Brenton S. Bean (pro hac vice)

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308
Telephone:    (404) 614-7400
Facsimile:    (404) 614-7500
rpolly@hptylaw.com
bbean@hptylaw.com

*Counsel for Defendant Res-Care, Inc.*

A. Timothy Jones
WVSB No. 8645
Frank A. Oliverio
WVSB No. 7853
**HAWKINS PARNELL**
    **THACKSTON & YOUNG LLP**

Renaissance Tower
109 Capitol Street, Suite 1000
Charleston, WV 25301-2154
Telephone:    (304) 345 8545
Facsimile:    (304) 345-8544

*Counsel for Defendant Res-Care, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| JASON SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RES-CARE, INC.,<br><br>Defendant. | Case No. 3:13-cv-5211 (Chambers)<br>Electronically filed: 3/15/2013<br><br>Jury Demand |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing CERTIFICATE OF SERVING DISCOVERY with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

Anthony R. Pecora
Dennis M. O'Toole
Matthew A. Dooley
STUMPHAUZER O'TOOLE MCLAUGHLIN
    MCGLAMERY & LOUGHMAN CO.
5455 Detroit Rd.
Sheffield Village, OH  44054
*Counsel for Plaintiffs*

John W. Barrett
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
*Counsel for Plaintiffs*

This 25th day of September, 2013.

/s/ Brenton S. Bean
Brenton S. Bean

10800120v.1